# Court of Appeals
# of the State of Georgia

ATLANTA,  October 27, 2020

*The Court of Appeals hereby passes the following order:*

## A21A0438. CHRISTOPHER R. HEDGECOCK v. THE STATE.

A jury found Christopher R. Hedgecock guilty of insurance fraud and three counts of first degree arson, and he was sentenced on July 15, 2019. He filed a timely motion for new trial, which the trial court denied on February 20, 2020. Hedgecock filed a notice of appeal on July 24, 2020.  However, we lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days after entry of the appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721, 721 (482 SE2d 704) (1997). As of the date of the entry of the Order Declaring Statewide Judicial Emergency, see Supreme Court Order Declaring Statewide Judicial Emergency (Mar. 14, 2020), as extended on April 6, May 11, and June 12, 2020, and as extended in part on July 10, 2020, available at www.gasupreme.us., 23 days had passed since the trial court denied Hedgecock's motion for new trial.  Thus, after the reimposition of deadlines on July 14, 2020, under the Fourth Order Extending Declaration of Statewide Judicial Emergency (July 10, 2020),[1] Hedgecock had seven days remaining, until July 21, 2020, to file his notice of appeal.  Hedgecock's notice of appeal, filed ten days beyond the reimposition of deadlines, is untimely.  Accordingly, this case is hereby

---

[1] This Order "reimposes all deadlines and other time schedules and filing requirements that are imposed on litigants by statutes, rules, regulations, or court orders . . ." effective July 14, 2020. Fourth Order Extending Declaration of Statewide Judicial Emergency (II) (A) (2) (July 10, 2020).

DISMISSED for lack of jurisdiction.

We note, however, that Hedgecock, who was represented by counsel, may be entitled to pursue an out-of-time appeal to the extent that his right to appeal has been frustrated by errors of counsel. See *Rowland v. State*, 264 Ga. at 875-876 (2). He therefore is informed of the following in accordance with *Rowland*: This appeal has been dismissed because you failed to file a timely notice of appeal. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction. If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal. The Clerk of Court is DIRECTED to send a copy of this order to Hedgecock and to Hedgecock's attorney, and the latter is also DIRECTED to send a copy to Hedgecock.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   10/27/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*